**Edward J. BRYANT, Plaintiff–**
**Appellant,**

v.

**F. Whitten PETERS, Secretary of the**
**Air Force, Charleston Air Force Base,**
**South Carolina, Defendant–Appellee.**

**No. 02–1274.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 1, 2002.

Decided July 12, 2002.

Edward J. Bryant, Appellant Pro Se. Joseph Parkwood Griffith, Jr., Office of

# 813

the United States Attorney, Charleston, South Carolina, for Appellee.

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Edward J. Bryant appeals the district court's orders dismissing his breach of contract and employment discrimination claims. We have reviewed the record and the district court's opinion accepting the recommendations of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bryant v. Peters,* No. CA–00–1557–2–8AJ (D.S.C. Apr. 17, 2001 & Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*